NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DISTRIBUTED SOLUTIONS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**COMPUSEARCH SOFTWARE SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2012-5129

---

Appeal from the United States Court of Federal Claims in
case no. 12-CV-274, Judge George W. Miller.

---

**ON MOTION**

---

**ORDER**

DISTRIBUTED SOLUTIONS, INC. V. US                                    2

Distributed Solutions, Inc., submits a motion for an injunction pending appeal and/or for expedited consideration of its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States and Compusearch Software Systems, Inc. are directed to respond no later than October 9, 2012.

FOR THE COURT

__OCT 0 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas Andrew Coulter, Esq.
     Daniel Gene Kim, Esq.
     David Samuel Cohen, Esq.

s23